N. Nick Ebrahimian, Esq. (SBN 219270)
nebrahimian@lelawfirm.com
Tielle Shu, Esq. (SBN 303085)
Tshu@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd. Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for PLAINTIFF,
WILVER DUARTE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILVER DUARTE;<br><br>PLAINTIFF,<br><br>vs.<br><br>ST. JOHN BAPTIST DE LA SALLE SCHOOL; THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES; ARCHDIOCESE OF LOS ANGELES; ARCHDIOCESE OF LOS ANGELES EDUCATION & WELFARE CORPORATION; and DOES 1 TO 100, inclusive,<br><br>DEFENDANTS. | Case No. **2:21-cv-09772 JAK (AFMx)**<br><br>**Hon. John A. Kronstadt.**<br><br>**PLAINTIFF WILVER DURATE'S NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

PLEASE TAKE NOTICE that the parties mediated the case on 10/06/2022, and the matter has resolved.

Plaintiff requests for this Court to set an OSC re: Dismissal to be heard 30 days from today's date.

---
**PLAINTIFF'S NOTICE OF SETTLEMENT**

Dated: October 14, 2022      **LAVI & EBRAHIMIAN, LLP**

By:     */s/ Tielle Shu*
N. Nick Ebrahimian, Esq.
Tielle Shu, Esq.
Attorneys for PLAINTIFF
WILVER DUARTE

---

**PLAINTIFF'S NOTICE OF SETTLEMENT**