1  N. Nick Ebrahimian, Esq. (SBN 219270)
   nebrahimian@lelawfirm.com
2  Tielle Shu, Esq. (SBN 303085)
   Tshu@lelawfirm.com
3  **LAVI & EBRAHIMIAN, LLP**
   8889 W. Olympic Blvd. Suite 200
4  Beverly Hills, California 90211
   Telephone: (310) 432-0000
5  Facsimile: (310) 432-0001

6  Attorneys for PLAINTIFF,
   WILVER DUARTE

7

8  DEBRA ELLWOOD MEPPEN  (SBN: 183885)
   dmeppen@grsm.com
9  ANTHONY J. BELLONE  (SBN: 119450)
   abellone@grsm.com
10 TALINE MARKARIAN  (SBN: 328832)
   tmarkarian@grsm.com
11 GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
12 Los Angeles, CA 90071
   Telephone:  (213) 576-5043
13 Facsimile:  (213) 680-4470

14 Attorneys for Defendants
   St. John Baptist De La Salle School; The Roman Catholic Archbishop of Los
15 Angeles; Archdiocese of Los Angeles Education & Welfare Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILVER DUARTE;<br><br>     PLAINTIFF,<br><br>vs.<br><br>ST. JOHN BAPTIST DE LA SALLE SCHOOL; THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES; ARCHDIOCESE OF LOS ANGELES; ARCHDIOCESE OF LOS ANGELES EDUCATION & WELFARE CORPORATION; and DOES 1 TO 100, inclusive,<br><br>     DEFENDANTS. | Case No. **2:21-cv-09772 JAK (AFMx)**<br><br>**Hon. John A. Kronstadt.**<br><br>**JOINT STIPULATION FOR DISMISSAL** |

Plaintiff Wilver Duarte("Plaintiff") and Defendants ST. JOHN BAPTIST DE LA SALLE SCHOOL; THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES; ARCHDIOCESE OF LOS ANGELES; ARCHDIOCESE OF LOS ANGELES EDUCATION & WELFARE CORPORATION (collectively, "Defendants") (collectively, "the Parties") hereby stipulate as follows:

The Parties have reached a settlement in this matter. Accordingly, the Parties request that the Court dismiss this action.

**IT IS SO STIPULATED**

Dated: December 13, 2022        **LAVI & EBRAHIMIAN, LLP**

By: _____
N. Nick Ebrahimian, Esq.
Tielle Shu, Esq.
Attorneys for PLAINTIFF
WILVER DUARTE

Dated: December 13, 2022        **GORDON REES SCULLY MANSUKHANI, LLP**

By: _____
Debra Ellwood Meppen, Esq.
Anthony J. Bellone, Esq.
Taline Markarian, Esq.
Attorneys for Defendants